**FILED**

September 30, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                         )<br>            Plaintiff,                           )<br>v.                                                       )<br>                                                         )<br>WINNIE CHEN,                              )<br>            Defendant.                       )<br>_____) | Case No. MAG. 10-0290-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release WINNIE CHEN, Case No. MAG. 10-0290-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____     Release on Personal Recognizance

_X_      Bail Posted in the Sum of: $100,000.00

        _X_      Unsecured Appearance Bond

        ____     Secured Appearance Bond

        _X_      (Other) Conditions as stated on the record.

        _X_      (Other) The unsecured bond paperwork is to be filed by 10/12/10.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   09-30-10   at   4:11 pm

By  _____
    Edmund F. Brennan
    United States Magistrate Judge